**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT DESIGNATED FOR PUBLICATION

Stephen Craig Carleton
Carleton Hebert Wittenbrink
400 Convention St., Ste. 550
Baton Rouge LA 70802

J. Jacob Chapman
Carleton Hebert Wittenbrink
400 Convention St., Ste. 550
Baton Rouge LA 70802

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on January 18, 2023 |

**REHEARING ACTION: January 18, 2023**

**Docket Number: 22   00402-CA**

**KJ'S SERVICES, INC.&**
**LANDMARK WINDOW & DOOR, LLC**
**VERSUS**
**CASEY L. JOHNSON,CREATIVE ARCHITECTURAL, LLC**
**& CREATIVE DOOR & WINDOW, LLC**

**Appealed from Calcasieu Parish Case No. 2020-2516**

**BEFORE JUDGES:**

> **Hon. Candyce G. Perret**
> **Hon. Jonathan W. Perry**
> **Hon. Charles G. Fitzgerald**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **KJ'S Services, Inc. d/b/a Landmark Window & Door** has this

day been

> **DENIED.**

cc: Christopher J. Guillory, Counsel for the Appellee
    Billy Edward Loftin, Jr., Counsel for the Appellee